UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANDY PALMUCCI,<br>                        *Plaintiff,*<br><br>   vs.<br><br>TWITTER, INC., GOOGLE LLC, AND FACEBOOK, INC.,<br>                        *Defendants.* | Civil Action No. 1:18-cv-01165<br><br>Hon. John Z. Lee |

### DEFENDANTS' MOTION TO TRANSFER VENUE

PLEASE TAKE NOTICE that Defendants Twitter, Inc., Google LLC, and Facebook, Inc., by and through their attorneys, hereby move this Court to transfer this action, pursuant to 28 U.S.C. § 1404(a), to the Northern District of California.

As grounds for this motion, Defendants state that a transfer of venue will serve the interest of justice. Two nearly identical actions, as well as a series of substantially similar cases, are currently pending against Defendants in the Northern District of California, so transfer will promote judicial economy by allowing coordination of discovery and other proceedings, avoiding unnecessary expenditure of judicial and party resources, and reducing the likelihood of inconsistent judgments. A transfer of venue will also be more convenient for the parties and witnesses, because the relevant United States-based witnesses, evidence, and operative facts will be found overwhelmingly in the Northern District of California—and not the Northern District of Illinois. Defendants also rely on the accompanying memorandum of law and declarations of Rachel Noble, Sophie Bromberg, Michael Duffey, and Patrick J. Carome.

WHEREFORE, Defendants respectfully request that this Court GRANT this motion and TRANSFER this action to the Northern District of California.

Dated: March 5, 2018          Respectfully submitted,

/s/ Brian M. Willen (w/ consent)    By: /s/ Patrick J. Carome
BRIAN M. WILLEN (*pro hac vice*)       PATRICK J. CAROME (*pro hac vice*)
bwillen@wsgr.com                              patrick.carome@wilmerhale.com
WILSON SONSINI                        ARI HOLTZBLATT (*pro hac vice*)
   GOODRICH & ROSATI, P.C.         ari.holtzblatt@wilmerhale.com
1301 Avenue of the Americas           WILMER CUTLER PICKERING
New York, NY 10019                          HALE AND DORR LLP
Telephone: (212) 999-5800           1875 Pennsylvania Avenue NW
Facsimile: (212) 999-5899            Washington, D.C. 20006
                                            Telephone: (202) 663-6000
LAUREN GALLO WHITE (*pro hac vice*)    Facsimile: (202) 663-6363
lwhite@wsgr.com
WILSON SONSINI                        RONALD S. SAFER
   GOODRICH & ROSATI, P.C.         rsafer@rshc-law.com
650 Page Mill Road                        RILEY SAFER HOLMES & CANCILA LLP
Palo Alto, CA 94304                      Three First National Plaza
Telephone: (650) 493-9300           70 West Madison Street, Suite 2900
Facsimile: (650) 565-5100            Chicago, IL 60602
                                            Telephone: (312) 471-8736
DEBRA BERNARD                       Facsimile: (312) 471-8701
dbernard@perkinscoie.com
PERKINS COIE LLP                     *Attorneys for Defendant*
131 S. Dearborn Street, Suite 1700      **TWITTER, INC.**
Chicago, IL 60603
Telephone: (312) 324-8559           /s/ Kristin A. Linsley (w/ consent)
Facsimile: (312) 324-9559            KRISTIN A. LINSLEY (*pro hac vice pending*)
                                            klinsley@gibsondunn.com
*Attorneys for Defendant*              JOSEPH C. HANSEN (*pro hac vice forthcoming*)
**GOOGLE LLC**                              jhansen@gibsondunn.com
                                            GIBSON, DUNN & CRUTCHER LLP
                                            555 Mission Street, Suite 3000
                                            San Francisco, CA 94105
                                            Telephone: (415) 393-8200
                                            Facsimile: (415) 393-8306

                                            *Attorneys for Defendant*
                                            **FACEBOOK, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

    /s/ Patrick J. Carome
    Patrick J. Carome